UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:19-CV-81442-ROSENBERG/REINHART

LUCAS SILVA, individually and
on behalf of others similarly situated,

    Plaintiff,

v.

JAMES RIVER INSURANCE COMPANY,

    Defendant.
_____/

### ORDER CLOSING CASE

This cause is before the Court on Plaintiff's Notice of Dismissal without Prejudice at docket entry 19. In light of the fact that this case has been dismissed, it is

**ORDERED AND ADJUDGED**:

1. The Clerk of the Court is instructed to **CLOSE THIS CASE**.

2. All pending motions are **DENIED AS MOOT** and all deadlines are terminated.

**DONE and ORDERED** in Chambers, West Palm Beach, Florida, this 20th day of December, 2019.

_____
ROBIN L. ROSENBERG
UNITED STATES DISTRICT JUDGE

Copies furnished to Counsel of Record